IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRENDA LEE KELLY,

          Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

          Defendant.

Case No. 1:15-cv-00762-MA

ORDER FOR SUPPLEMENTAL EAJA FEES

MARSH, Judge

On December 14, 2016, the parties filed a Stipulated Application for Supplemental Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in which the parties agree that plaintiff should be awarded supplemental fees in the amount of $745.01 (ECF No. 28.)

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $745.01 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to plaintiff's attorney, subject to verification that plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

1 - ORDER FOR SUPPLEMENTAL EAJA FEES

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney, Tim Wilborn, P.O. Box 370578, Las Vegas, NV 89137. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 19 day of DECEMBER, 2016.

Malcolm F. Marsh
United States District Judge

2 - ORDER FOR SUPPLEMENTAL EAJA FEES